**SEALED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-24 |
| v. | * | SECTION: MAG |
| THEODORE KEYS,<br>JUSTIN PIERCE,<br>TYRIK SCOTT,<br>BRISHUN GARY | * | |

\* \* \*

### ORDER

Considering the foregoing Motion to Seal Complaint, Affidavit, Writs and Arrest Warrants;

**IT IS HEREBY ORDERED** that the complaint, affidavit, writs, and arrest warrants as to all defendants be **SEALED** until further order of the Court, with the exception that copies be provided to the United States Attorney's Office for the Eastern District of Louisiana and the Federal Bureau of Investigation.

New Orleans, Louisiana, this 10th day of February, 2020.

HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE